UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CR - DIMITROULEA

CASE NO. 00-6039

18 U.S.C. §1301
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW



UNITED STATES OF AMERICA,  )
　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,   )
　　　　　　　　　　　　　　)
vs.                        )
　　　　　　　　　　　　　　)
JONATHAN REECH,            )
　　　　　　　　　　　　　　)
　　　　　　　Defendant.   )
_____)

### INFORMATION

The United States Attorney charges that:

From at least in or about 1996, to on or about December 10, 1997, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

JONATHAN REECH,

did knowingly engage in the business of procuring for a person in one State, a ticket, share and interest in a lottery conducted by another

State, and did thereby knowingly transmit in interstate commerce information to be used for the purpose of procuring such a ticket, share and interest, in violation of Title 18, United States Code, Sections 1301 and 2.

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

Jonathan Reech                  **Superseding Case Information**:

**Court Division**: (Select One)   New Defendant(s)     Yes ___  No ___
                                   Number of New Defendants  ___
___ Miami  ___ Key West            Total number of counts    ___
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) No
   List language and/or dialect   English

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_    Petty        ___
   II   6 to 10 days     ___    Minor        ___
   III  11 to 20 days    ___    Misdem.      ___
   IV   21 to 60 days    ___    Felony       _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? _X_ Yes ___ No

                                /s/ Jeffrey N. Kaplan
                                JEFFREY N. KAPLAN
                                ASSISTANT UNITED STATES ATTORNEY
                                Court Bar No. A5500030

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __JONATHAN REECH__   No.: _____

Count #I:
Engage in business of procuring interests in lottery tickets interstate; in violation of 18:1301 & 2

*Max Penalty: two years' maximum imprisonment, $250,000 fine

Counts #:


*Max Penalty:

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count #:


*Max Penalty:
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96