COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jonathan Reech (surrender)  CASE NO: 00-6039-CR-Dimtrouleas
AUSA: Jeff Kaplan *present*  ATTNY: Mark Ginsberg *present*
AGENT: _____  VIOL: 18:1301
PROCEEDING: Initial Appearance on Information  BOND REC: PSB

FILED by _____ D.C.
FEB 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____
____ BOND SET @ $50,000 PSB

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed. — must surr. passport by Friday
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SDFL + California
12) ___ Halfway House
    ___ Electronic Monitoring
Reside at current address, no illegal drugs or excessive alcohol

** Change of plea set for later today

△ advised of charges

Waives indictment
waiver executed

Reading of Information waived
___ stand mute
△ sworn
△ will be moving to Palm Desert CA in March

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 2-23-00   TIME: 11:00am   TAPE # 00-016   PG # 5
677-1050