AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

JONATHAN REECH

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6039

CR-D... ROULEA?

MAGISTRATE
SNOW

I, JONATHAN REECH, the above named defendant, who is accused of engaging in business of procuring for a person in one State, a ticket, share and interest in a lottery conducted by another State, and did thereby knowingly transmit in interstate commerce information to be used for the purpose of procuring such a ticket, share and interest, in violation of Title 18, United States Code, Sections 1301 and 2, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __2-23-00__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ 2/23/00
Judicial Officer

FILED
FEB 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.