

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6039-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Jonathan Reech

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 2-23-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT: Address: See Bond

Telephone: _____

DEFENSE COUNSEL: Name: Marc Ginsberg

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ 50,000 PSB

Bond hearing held: yes  X   no ___   Bond hearing set for _____

Dated this  23  day of  February , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-016

cc: Clerk for Judge
    U. S. Attorney

