UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6039-CR-_____
_Dimitrouleas_

UNITED STATES OF AMERICA,

v.

_Jonathan Beech_

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

[FILED by ___ D.C. FEB 23 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

COMES NOW _Marc R. Ginsberg_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _2-23-00_

Attorney _Marc R. Ginsberg_
Address _1110 Brickell Ave #405_
City _Miami_  State _FL_  Zip _33131_
Telephone _305 358 1181_
Florida Bar No. _333336_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

