## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by /AC D.C.
FEB 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6039-CR-WPD    DATE: February 23, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Jonathan Bosch

U.S. ATTORNEY: Jeff Kaplan    DEFT. COUNSEL: Marc Ginsberg

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn & questioned by Court. Deft to plead Guilty to Information. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 5/5/00    TIME: 10:30    FOR: Sentencing
MISC: Written Plea Agreement filed —

