**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JONATHAN REECH,

    Defendant.
_____/

CASE NO.: 00-6039-CR-WPD
Assigned to: Judge Dimitrouleas

FILED by _____ D.C.

MAR 0 2 [illegible]

CLARENCE MA[illegible]
CLERK U.S. DIST [illegible]
S.D. OF FLA. FT. LAUD.

## ORDER AUTHORIZING TELEPHONE REPORTING IN LIEU OF PERSONAL APPEARANCE AND WAIVER OF URINE/DRUG SCREEN REQUIREMENT

THIS CAUSE came on for consideration before the undersigned upon Defendant's Agreed Motion to Permit Telephone Reporting to Pre-Trial Services Officer in Lieu of Personal Appearance and Waiving the Urine/Drug Screens, the court having reviewed the Motion, and otherwise being fully advised in the premises, it is hereby

ORDERED and ADJUDGED:

1. The Defendant's conditions of bond are hereby amended to permit telephone reporting to Pre-Trial Services Officer, Gavin Churchhill in lieu of personal appearance, commencing March 20, 2000; and the requirement for weekly urine/drug screens is hereby waived

1



effective March 20, 2000.

DONE and ORDERED in chambers, in Fort Lauderdale, Broward County, Florida, this ___2___ day of ___March___, 2000.

**WILLIAM DIMITROULEAS**
United States District Court Judge

Copies furnished to:

Marc R. Ginsberg, Esquire
Jeffrey Kaplan, Esquire
Gavin Churchhill