UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6039-CR-WPD
Assigned to: Judge Dimitrouleas

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JONATHAN REECH,

    Defendant.
_____/

## AGREED MOTION PERMITTING TELEPHONE REPORTING IN LIEU OF PERSONAL APPEARANCE TO PRE-TRIAL SERVICES OFFICER AND DISCONTINUE URINE DRUG SCREENS PENDING SENTENCING

Defendant, JONATHAN REECH, through undersigned counsel, with the consent and approval of Assistant United States Attorney, Jeffrey Kaplan, moves the court for an Order amending the conditions of the Defendant's personal surety bond, and permitting telephone reporting in lieu of personal appearances to the Defendant's Pre-Trial Services Officer, Gavin Churchhill, and discontinuing urine drug screens pending sentencing, and in support thereof would show:

    1.    At the Defendant's initial appearance and bond hearing, held February 23, 2000, Magistrate Seltzer was apprised of and approved, as a special condition of bond, that the Defendant may

1



live and work in the state of California, as the Defendant was scheduled to relocate to Palm Desert, California on March 20, 2000. Both Assistant United States Attorney, Jeffrey Kaplan, and Pre-Trial Services Officer, Gavin Churchhill, have and had no objection to this relocation.

2. On February 23, 2000, Defendant entered his GUILTY pleas to the one count information and sentencing is scheduled for May 5, 2000, at 1:30 p.m.

3. That Pre-Trial Services Officer, Gavin Churchhill, has recommended that he continue as the Pre-Trial Service officer over the Defendant as the closest United States Pre-Trial Services Office to Palm Desert, California, is located in Los Angeles, a two and one half hour drive.

4. By March 20, 2000, the Defendant will have successfully completed at least three urine/drug screens and will have made four personal appearances before Pre-Trial Services Officer, Gavin Churchhill.

Accordingly, with the consent and approval of both Assistant United States Attorney, Jeffrey Kaplan, and Pre-Trial Services Officer, Gavin Churchhill, the Defendant respectfully requests that the Court amend the conditions of bond to authorize the Defendant to report to Pre-Trial Services

Officer, Gavin Churchhill, by telephone, on a weekly basis, in lieu of a personal appearance, and to waive the bond requirement of weekly urine/drug screens, effective March 20, 2000 through and including the Defendant's date of sentencing.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail, to all counsel and parties or record as shown on the attached Service List, this 25th day of February, 2000.

**MANDINA & GINSBERG, P. A.**
Attorneys for Defendant
1110 Brickell Avenue
Suite 805
Miami, Florida 33131
(305)358-1181

By: _____
**MARC R. GINSBERG**

cc:  Gavin Churchhill
     Pre-Trial Services Officer
     299 E. Broward Blvd.
     Room 301
     Ft. Lauderdale, Florida

3