# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
MAY 05 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6039-CR-WPD     DATE: May 5, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Jim Pearce     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Jonathan Reech

U.S. ATTORNEY: Jeffrey Kaplan     DEFT. COUNSEL: Marc Ginsberg

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 2½ years Probation, $2000.00 Fine, $100.00 Assessment, Court has no objection to probation being transferred to California

JUDGMENT: _____

CASE CONTINUED TO: _____     TIME: _____     FOR: _____

MISC: W/ David Sewell
Dft Informed of Right to Appeal.

