# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JONATHAN REECH** | Case Number: **0:00CR06039-001** |
| | **Marc Ginsberg, Esq./Jeffrey Kaplan, AUSA** |
| | Defendant's Attorney |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s)  **1**
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1301 | Interstate Transportation of Lottery Tickets | 12/10/1997 | 1 |

FILED by _____ D.C.

MAY 05 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through **7** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **03/31/1962**
Defendant's USM No: **55209-004**
Defendant's Residence Address:

**80020 Kingston Drive**

**Palm Desert**, CA **92201**

Defendant's Mailing Address:
**80020 Kingston Drive**
**Palm Desert**, CA **92201**

**05/05/2000**
Date of Imposition of Judgment

/s/ William P. Dimitrouleas
Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

**05/05/2000**
Date

No further action required by
the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Fred De Bonpi  SDUSM