UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6039-CR-DIMITROULEAS

Plaintiff,

vs.

JOHN REECH,

Defendant.
_____/

## ORDER DEFERRING RULING ON MOTION TO TERMINATE PROBATION

THIS MATTER came before the Court on Defendant's July 3, 2001 Motion for Early Termination of Probation. The Court has carefully reviewed said Motion and after due consideration it is

ORDERED AND ADJUDGED that the Defendant's Motion for Early Termination be and the same is hereby **DEFERRED** for five (5) days to await a response from the Government.

DONE and ORDERED at Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of July, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Jeffrey M. Voluck, Esquire
Jeffrey M. Voluck, P.A.
200 S.E. 6 Street, #201
Fort Lauderdale, FL 33301

Jeff Kaplan, AUSA

Viviana Bibliowicz, USPO

