UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6039-CR-DIMITROULEAS

  Plaintiff,

vs.

JOHN REECH,

  Defendant.
_____/

### ORDER DENYING MOTION TO TERMINATE PROBATION

THIS MATTER came before the Court on Defendant's July 3, 2001 Motion For Early Termination of Probation [DE-19] and the Court has carefully reviewed said Motion and the Government's July 10, 2001 opposition [DE-21], and it is

ORDERED AND ADJUDGED that the Defendant's Motion For Early Termination be and the same is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of July, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeffrey M. Voluck, Esquire
200 S.E. 6th Street, #201
Ft. Lauderdale, FL 33301

Jeff Kaplan, AUSA

Viviana Bibliowicz, USPO